Asst. U. S. Attys., both of Mobile, Ala., on the brief), for the United States.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

FOSTER, Circuit Judge. Appellant was convicted on an indictment charging a conspiracy to violate the National Prohibition Act (27 USCA). There are 27 assignments of error, all running to the admission of testimony. It would serve no good purpose to review the evidence objected to. It is sufficient to say the record presents no reversible error.

Affirmed.

**E. GERLI & COMPANY, Inc., Libelant Appellant, v. NAVIGAZIONE GENERALE ITALIANA, Respondent Appellee.**

Circuit Court of Appeals, Second Circuit.
December 4, 1928.

No. 62.

Bigham, Englar & Jones, of New York City (Henry N. Longley and Roger H. Loughran, both of New York City, of counsel), for appellant.

Gilbert & Gilbert, of New York City (Francis Gilbert and Godfrey Cohen, both of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Decree affirmed in open court.

**J. Bradford ERB, Plaintiff Appellant, v. CLAREMONT LABORATORIES, Inc., and Capitol Machine Company, Inc., Defendants Appellees.** *

Circuit Court of Appeals, Second Circuit.
December 3, 1928.

No. 65.

Henry Amerman, of New York City (J. B. Erb, of counsel), for appellant.

C. P. Goepel, of New York City, for appellees.

*Certiorari denied 49 S. Ct. 252, 73 L. Ed. —.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Decree affirmed.

**GREENVILLE BANKING & TRUST COMPANY. Trust Company of New Jersey, Charles Rappaport and Morris Rappaport, Trading as Rappaport Brothers, and Robert Cavall, Appellants, v. Morris SELCOW, Alleged Bankrupt, Samuel Leibow, Mortgagee, George J. Wolf, Mortgagee, and E. Charles Altschul, et al., Appellees.**

Circuit Court of Appeals, Third Circuit.
January 2, 1929.

No. 3902.

See, also, 25 F.(2d) 78.

Mark Townsend, Jr., of Jersey City, N. J., for appellants.

Arthur T. Vanderbilt, of Newark, N. J., for appellees.

Before BUFFINGTON and WOOLLEY, Circuit Judges, and THOMSON, District Judge.

PER CURIAM. The order of the District Court of June 18, 1928, is vacated, with direction that the court reinstate its order of May 14, 1928.

**GULF COAST SECURITIES COMPANY, Inc., and D. E. Kirgan, Appellants, v. J. C. HOPE, Appellee.**

Circuit Court of Appeals, Fifth Circuit.
December 26, 1928.

No. 5279.

A. W. Cameron and J. C. Epperson, both of Edinburg, Tex., for appellants.

S. N. McWhorter, of Weslaco, Tex. (Thompson & McWhorter, of Weslaco, Tex., on the brief), for appellee.

Before WALKER and FOSTER, Circuit Judges, and DAWKINS, District Judge.

PER CURIAM. The judgment is affirmed.